# EXHIBIT S



Seth H. Ostrow
*Partner*
Direct (212) 682-9013
Fax (646) 682-9222
*sho@msf-law.com*

May 1, 2020

**VIA FEDERAL EXPRESS**

Mr. Tracy Mills
President
IDSolutions, Inc.
14701 Cumberland Road, Suite 400
Noblesville, Indiana 46060

Re: Infringement of CareView Patent Rights

Dear Mr. Mills,

We represent CareView Communications, Inc., which offers a Clinical Safety System and other solutions designed to assist hospitals in preventing patient falls and improving patient monitoring using video surveillance and other technologies. CareView's systems are in use in over 100 hospitals, and CareView owns or controls over 25 US patents relating to various aspects of its proprietary patient monitoring technology.

It has come to CareView's attention that IDSolutions offers a system and service called MedSitter Web Edition, which is an automated patient monitoring system built around video streams that monitors patient behavior and reports it to healthcare staff over a SaaS approach. Based on the publicly available information, we have concluded that MedSitter likely infringes several of CareView's patents. For example, we have concluded that MedSitter likely infringes CareView's U.S. Patent Nos. 7,911,348, 7,987,069, 9,318,012, 9,635,320, and 10,055,961. To facilitate your review, we enclose claim charts illustrating how MedSitter infringes a sample claim from each of these patents.

As you can understand, CareView is committed to protecting the substantial investment in its technology and cannot abide the unauthorized use of its patent rights. As such, we demand that you respond by **June 1, 2020** with either your commitment to stop offering the MedSitter system as long as it infringes CareView's patent rights or your willingness to obtain a patent license from CareView under terms to be discussed.

If you do not contact us or are otherwise not willing to cease your unauthorized use of CareView's patented technologies, our client will proceed accordingly.

Very truly yours,

Seth H. Ostrow

cc:    CareView Communications, Inc.

Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor, New York, NY 10017  |  Phone (212) 655-3500  |  Fax (212) 655-3535  |  meisterseelig.com