# EXHIBIT T

# REDDING LAW, LLC

BRYAN S. REDDING, ESQ.                                                        CAITLIN R. JARED, ESQ.

---

June 28, 2020

Seth Ostrow
MEISTER SEELIG & FEIN, LLP
125 Park Avenue, 7th Flr.
New York, New York 10017

      Re: Alleged Infringement of CareView Patent Rights

Dear Mr. Ostrow:

      As you know we represent IDSolutions, Inc. (hereinafter "IDS"), which provides video integration and related services. Thanks for your patience while we have examined the issues raised in your May 1, 2020 correspondence. As IDS is involved in the high-technology field we understand and respect the issues surrounding intellectually property rights.

      As to the CareView patents you mentioned, U.S. Patent Nos. 7,911,348, 7,987,069, 9,318,012, 9,635,320 and 10,055,961, we completed an extensive review of the claims contained therein in light of IDS' activities and offerings. While some of these patents may be subject to IPR, overall, we have determined that IDS is not infringing these patents at this time. Notwithstanding, this area of technology is of interest to my client and they are open to discussing a potential license (or transfer) of selected technology, as such involvement could dovetail nicely with IDS' current business interests.

      If your client would be interested in discussing these options, please reach out to me at your convenience.

                                                      Sincerely,

                                                    REDDING LAW

                                                    Bryan S. Redding, Esq.

BSR/mis
cc: IDS